EDWARD V. McGOVERN, Appellant, v. THE CITY OF NEW YORK, Respondent. EDWARD V. McGOVERN, Appellant, v. JOHN SLOAN and Others, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

BUSCH JEWELRY Co., INC., and Others, Plaintiffs, Respondents, v. UNITED RETAIL EMPLOYEES' UNION LOCAL 830 Affiliated with the COMMITTEE FOR INDUSTRIAL ORGANIZATION and Others, Defendants, Appellants. (COMMITTEE REPRESENTING PLAINTIFFS' EMPLOYEES, Respondent.)—Order entered March 17th, 1939, appointing a referee unanimously affirmed, without costs. Order entered June 14th, 1939, modifying the award of the committee of arbitrators and as so modified confirming said award, unanimously reversed, with ten dollars costs and disbursements to the appellants, the motion to modify the award denied and the award vacated, and the report of the referee confirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BUSCH JEWELRY Co., INC., and Others, Plaintiffs, Respondents, v. UNITED RETAIL EMPLOYEES' UNION LOCAL 830 Affiliated with the COMMITTEE FOR INDUSTRIAL ORGANIZATION and Others, Defendants, Appellants. (COMMITTEE REPRESENTING PLAINTIFFS' EMPLOYEES, Respondent.) — Order, so far as appealed from, unanimously reversed, with ten dollars costs and disbursements to the appellants and the award vacated. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of DAVID DAVIDSON, Respondent, for a Mandamus Order against SETAY COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BENJAMIN SINGER, Respondent, v. J. F. FRIEDEL COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, directed, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Onondaga all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARIAN R. ABERCROMBIE, Respondent, against BROWN & SECCOMB, a Corporation Organized under the Laws of the State of New York, Its Secretary, Assistant Secretary, Treasurer, Assistant Treasurer and President, and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of PAULINE JACOBS, Deceased, as a Will of Real and Personal Property. WILLIAM JACOBS, Appellant; MAX JACOBS and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SADIE LEVY, Individually and as Administratrix, etc., of ABRAHAM LEVY, Deceased, and HAROLD LEVY, Appellants, v. MAX GLUCKMAN and Others, Respond-